**Order entered May 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00251-CR

**VICTOR JOEL SUAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F12-71456-K**

## ORDER

The Court **GRANTS** the State's May 22, 2014 second motion for extension of time to file the State's brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/ DAVID EVANS
   JUSTICE